IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-457-FL

| | |
|---|---|
| LYNWOOD EARL ARTIS,    )<br>                                              )<br>         Plaintiff,                    )<br>                                              )<br>    vs.                                    )<br>                                              )<br>THE CITY OF RALEIGH; Officer JAMES  )<br>D. ROLLINS of the Raleigh Police    )<br>Department, in his individual capacity;  )<br>SHERIFF DONNIE HARRISON;          )<br>EDWARD CARTER and JOSEPH       )<br>SNELLING, Wake County Sheriff's    )<br>Deputies, Officers and/or Jailers in their  )<br>individual capacities; THE OHIO       )<br>CASUALTY INSURANCE COMPANY, as  )<br>surety; and WAKE COUNTY;           )<br>                                              )<br>         Defendants.                 )  | **STIPULATION OF DISMISSAL**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)] |

NOW COME the undersigned parties, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), stipulate to the dismissal *with prejudice* of all claims as to defendants Sheriff Donnie Harrison, Edward Carter, Joseph Snelling, The Ohio Casualty Insurance Company, and Wake County (collectively "County Defendants") and only as to said County Defendants. As a result of this Stipulation of Dismissal, said County Defendants are completely dismissed from this action.

Plaintiff expressly reserves his claims against The City of Raleigh and Officer James D. Rollins (collectively "City Defendants"). This Stipulation of Dismissal does not affect any claims asserted against said City Defendants.

Stipulated to this the 5th day of January, 2012.

| | |
|---|---|
| **DOGGETT LAW OFFICES** | **LAW OFFICES OF GREGORY M. KASH** |
| **/s/Eric L. Doggett** | **/s/ Gregory M. Kash** |
| Eric L. Doggett | Gregory M. Kash |
| N.C. State Bar No. 39639 | N.C. State Bar No. 14203 |
| 434 Fayetteville Street, Suite 2350 | 434 Fayetteville Street, Suite 2350 |
| Raleigh, NC  27601-1787 | Raleigh, NC  27601-1787 |
| Eric@DoggettLawOffices.com | GregKash@mindspring.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

**CITY OF RALEIGH**
Thomas A. McCormick
City Attorney

By: **/s/ Hunt K. Choi**
Hunt K. Choi
Deputy City Attorney
NC State Bar No. 24172
Post Office Box 590
Raleigh, North Carolina 27602
Email: hunt.choi@ci.raleigh.nc.us
*Attorneys for City of Raleigh*
LR 83.1 Counsel

**Poyner & Spruill, LLP**

By:  **/s/J. Nicholas Ellis**
J. Nicholas Ellis
N.C. State Bar No.: 13484
PO Box 353
Rocky Mount, NC 27802
Email:  jnellis@poyners.com
*Counsel for Sheriff Donnie Harrison,*
*Edward Carter, Joseph Snelling, and*
*The Ohio Casualty Insurance Company*

**Wake County Sheriff's Department**

By:  **/s/John A. Maxfield**
John A. Maxfield
N.C. State Bar No. 12481
PO Box 550
Raleigh, NC 27602
Email:  jmaxfield@co.wake.nc.us
*Counsel for Sheriff Donnie Harrison*

**JACKSON LEWIS, LLP**

By: **/s/ Patricia L. Holland**
Patricia L. Holland
N. C. State Bar No. 8816
Paul S. Holscher
N. C. State Bar No. 33991
1400 Crescent Green Drive, Suite 215
Cary, NC 27518
Email: patricia.holland@jacksonlewis.com
Email: paul.holscher@jacksonlewis.com
*Counsel for Defendant James D. Rollins*

**Wake County Attorney's Office**
**Scott W. Warren**
**Wake County Attorney**

By: **/s/Roger A. Askew**
Roger A. Askew
Deputy County Attorney
N.C. Bar No. 18081
P. O. Box 550
Raleigh, NC 27602
Email:  roger.askew@wakegov.com
*Counsel for Wake County*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2012, I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys for all parties as follows:

| | |
|---|---|
| J. Nicholas Ellis, Esq. | (jnellis@poyners.com) |
| John A. Maxfield, Esq. | (jmaxfield@co.wake.nc.us) |
| Roger A. Askew, Esq. | (roger.askew@wakegov.com) |
| Hunt K. Choi, Esq. | (hunt.choi@raleighnc.gov) |
| Patricia L. Holland, Esq | (patricia.holland@jacksonlewis.com) |
| Paul S. Holscher, Esq. | (paul.holscher@jacksonlewis.com) |
| Gregory M. Kash, Esq. | (gregkash@mindspring.com) |
| Billy J. Strickland, Esq. | (billy@stricklandlawnc.com) |

**DOGGETT LAW OFFICES**

**/s/Eric L. Doggett**
**ERIC L. DOGGETT**
Attorney for Plaintiff
N.C. State Bar # 39639
434 Fayetteville Street, Suite 2350
Raleigh, North Carolina 27601-1787
Telephone: (919) 828-6688
Facsimile: (919) 861-0170
Email: Eric@DoggettLawOffices.com