IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-457-FL

| | | |
|---|---|---|
| LYNWOOD EARL ARTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | |
| | ) | [Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)] |
| THE CITY OF RALEIGH; Officer JAMES | ) | |
| D. ROLLINS of the Raleigh Police | ) | |
| Department, in his individual capacity; | ) | |
| SHERIFF DONNIE HARRISON; | ) | |
| EDWARD CARTER and JOSEPH | ) | |
| SNELLING, Wake County Sheriff's | ) | |
| Deputies, Officers and/or Jailers in their | ) | |
| individual capacities; THE OHIO | ) | |
| CASUALTY INSURANCE COMPANY, as | ) | |
| surety; and WAKE COUNTY; | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME the undersigned parties, by and through the undersigned counsel, and

pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), stipulate to the dismissal *with prejudice* of all

claims as to defendants City of Raleigh and James D. Rollins.  As a result of this Stipulation of

Dismissal, this action is completely dismissed.

Stipulated to this the 30th day of April, 2013.

DOGGETT LAW OFFICES

/s/Eric L. Doggett
Eric L. Doggett
N.C. State Bar No. 39639
3737 Glenwood Ave. Ste. 100
Raleigh, NC  27612-5515
(919) 782-2979 Tel
(919) 789-2796 Fax
Eric@DoggettLawOffices.com
*Counsel for Plaintiff*

JACKSON LEWIS, LLP

By: /s/ Patricia L. Holland
Patricia L. Holland
N. C. State Bar No. 8816
Paul S. Holscher
N. C. State Bar No. 33991
1400 Crescent Green Drive, Suite 215
Cary, NC 27518
Email: patricia.holland@jacksonlewis.com
Email: paul.holscher@jacksonlewis.com
*Counsel for Defendant James D. Rollins*

1

**CITY OF RALEIGH**
**Thomas A. McCormick**
**City Attorney**

By: **/s/ Hunt K. Choi**
Hunt K. Choi
Deputy City Attorney
NC State Bar No. 24172
Nicolette Fulton
Post Office Box 590
Raleigh, North Carolina 27602
Email: hunt.choi@ci.raleigh.nc.us
*Attorneys for City of Raleigh*
LR 83.1 Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2013, I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys for all parties as follows:


**CITY OF RALEIGH**
**Thomas A. McCormick**
**City Attorney**
Hunt K. Choi, Esq.
Nicolette Fulton, Esq.
Post Office Box 590
Raleigh, North Carolina 27602
hunt.choi@ci.raleigh.nc.us
nicolette.fulton@raleighnc.gov
*Attorneys for City of Raleigh*

**Jackson Lewis**
**Patricia L. Holland, Esq.**
**Paul S. Holscher, Esq.**
1400 Crescent Green Drive, Suite 215
Cary, NC 27518
patricia.holland@jacksonlewis.com
paul.holscher@jacksonlewis.com
*Counsel for Defendant James D. Rollins*

**Law Offices of Gregory M. Kash**
**Gregory M. Kash, Esq.**
434 Fayetteville Street, Suite 2350
Raleigh, NC 27601-1787
GregKash@mindspring.com
*Counsel for Plaintiff*

**Strickland Law Firm, PLLC**
**Billy J. Strickland, II, Esq.**
112 S. John Street
Goldsboro, NC 27530
billy@stricklandlawnc.com
*Counsel for Plaintiff*


Respectfully submitted,

**DOGGETT LAW OFFICES**

**/s/Eric L. Doggett**
**ERIC L. DOGGETT**
Attorney for Plaintiff
N.C. State Bar # 39639
3737 Glenwood Ave Ste 100
Raleigh, North Carolina 27612-5515
Telephone:      (919) 782-2979
Facsimile:      (919) 789-2796
Email:  Eric@DoggettLawOffices.com

3